# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2030
Lower Tribunal No. J24-1220
_____

**B.M., a child,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Jason Michael Ross, for appellee.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Brown v. State</u>, 124 So. 2d 481, 484 (Fla. 1960) ("[I]n order to be of such fundamental nature as to justify a reversal in the absence of timely objection the error must reach down into the validity of the trial itself to the extent that a verdict of guilty could not have been obtained without the assistance of the alleged error.").